UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

5.23.2024

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 3:24-cr-110-TJC-PDB
18 U.S.C. § 922(g)(1)

DERRICK TISDALE

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 29, 2023, in the Middle District of Florida, the defendant,

DERRICK TISDALE,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses, Sale of Cocaine and Sale of Marijuana, on or about April 4, 2019, in Case No. F18021041, Eleventh Judicial Circuit Court, Miami Dade County, did knowingly possess, in and affecting foreign commerce, a firearm, that is, a Glock 9mm pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## **FORFEITURE**

1. The allegations contained in Count One of the Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, a Glock 9mm pistol, Serial Number BWGV379, and ammunition, which were seized from the defendant's vehicle on or about October 29, 2023.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
JOHN CANNIZZARO
Assistant United States Attorney

By: *[signature]*
FRANK M. TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
5/21/24 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

DERRICK TISDALE

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

███████████████████
_____
Foreperson

Filed in open court this 23rd day of May, 2024.

_____
Clerk

Bail $ _____

GPO 863 525